**UNITED STATED DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**IN RE: ACETAMINOPHEN -ASD-ADHD PRODUCTS LIABILITY LITIGATION**

**22-md-03043-DLC**

**This Document Relates To:**

*Treshon Washington v. Johnson & Johnson Consumer Inc.*

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE,** David R. Buchanan, Esq., from the Law Office of Seeger Weiss LLP, enters his appearance as Plaintiff's Counsel in this matter, and requests that all papers be served upon him at his address below.

Date: October 21, 2026

*By /s/ David R. Buchanan*
David R. Buchanan
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel: 973-63 9-9100
dbuchanan@seegerweiss.com
*Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I certify that on October 21, 2026, the foregoing was filed through the Courts CM/ECF system which will send notification of electronic filing to all Counsel of Record.

*/s/David R. Buchanan*
David R. Buchanan